THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 20 2019
JEFFREY P. COLWELL
CLERK

Civil Action No. 18-cv-0931 - WJM-NRN

Hazhar A. Sayed,

    Plaintiff,

v.

Sgt. Kautz, et al.,

    Defendant.

---

Plaintiff's Motion for An Order Compelling Discovery

---

Comes Now, Hazhar A. Sayed, pursuant to Fed. R. Civ. P. 37(a), and respectfully moves this Court for an Order Compelling the Defendants to produce for inspection and copying the following documents: See Attached Motion for Request for Production of documents.

Mtn. for an order Compelling Discovery    2.

1) Mr. Sayed submitted a written request those documents, see attached motion for Request for production of documents, pursuant to Fed. R. Civ. P. 34, on February 4, 2019, but to date, Mr. Sayed have not yet received the documents.

2) As a result, Mr. Sayed would respectfully moves this Court for an order pursuant to Fed. R. Civ. P. 37(a)(4) requiring the named Defendant(s) to Pay Mr. Sayed the sum of $1,000 dollar as a reasonable expenses in obtaining this order, on the ground that, the named Defendant(s) refusal to produce the documents, and had no substantial justification.

Respectfully submitted this 18th day of March, 2019.

Hazhar Sayed
Hazhar A. Sayed, #133608
B.V.C.F. Box: 2017
Buena Vista, Co. 81211
            (Pro-Se)

cc: James X. Quinn
    Assist. Atty. General
    1300 Broadway St, 10th Fl.
    Denver, Co. 80203
    (1 copy served)